**ERIKSON LAW GROUP**
David Alden Erikson (SBN 189838)
Antoinette Waller (SBN 152895)
S. Ryan Patterson (SBN 279474)
200 North Larchmont Boulevard
Los Angeles, California 90004
Telephone: 323.465.3100

Attorneys for Plaintiff

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DEBORAH F. SIRIAS SB# 102893
JOSHUA S. HODAS SB# 250802
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800

Attorneys for Defendants

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RULE OF THREE STUDIO, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DREW BARRYMORE, an individual; WALMART, INC., a Delaware corporation; JET.COM, INC., a Delaware corporation; BARRYMORE BRANDS HOLDINGS, LLC, a Delaware limited liability company; PRESSTHEFLOWER, LLC, a California limited liability company; PAPILLON PRODUCTIONS, INC., a California corporation; DOMESTICDIGS, LLC, a Delaware limited liability company; and DOES 2-5, inclusive,<br><br>Defendants. | Case No. 2:20-cv-03994-VAP-PD<br>Hon. Virginia A. Phillips<br><br>**JOINT STATUS REPORT RE: SETTLEMENT** |

Pursuant to the Court's order, Plaintiffs Rule of Three Studio, LLC and Defendants Drew Barrymore; Walmart Inc.; Jet.Com, Inc.; Barrymore Brands Holdings, LLC; Presstheflower, LLC; Papillon Productions, Inc.; and Domesticdigs, LLC conducted a private mediation on December 17, 2020 before Gail Migdal Title, Esq. of ADR Services, Inc. The parties were unable to reach a settlement but continue to pursue settlement discussions at this time.

Dated: February 8, 2021         **ERIKSON LAW GROUP**

By: ___/s/___
DAVID A. ERIKSON
Attorneys for Plaintiff
Rule of Three Studio, LLC

Dated: February 8, 2021         **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: ___/s/___
JOSHUA S. HODAS
Attorneys for Defendants
Drew Barrymore, Domesticdigs, LLC, Barrymore Brands Holdings, LLC, Presstheflower, LLC, Papillon Productions, Inc., Walmart Inc. and Jet.Com, Inc

[Additional counsel – continued from caption]

**GLUCK LAW FIRM P.C.**
Jeffrey S. Gluck (SBN 304555)
2125 S Beverly Drive
Los Angeles, California 90034
Telephone: 310.776.7413

Attorneys for Plaintiff Rule of Three Studio, LLC

ERIKSON LAW GROUP
ATTORNEYS
LOS ANGELES CA

# FILER'S ATTESTATION

Pursuant to Central District of California Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Joshua S. Hodas, counsel for Defendants, and I have obtained his authorization to affix his electronic signature to this document.

Dated:  February 8, 2021

**ERIKSON LAW GROUP**

By: _____/s/_____
DAVID A. ERIKSON
Attorneys for Plaintiff, Rule of Three Studio, LLC